# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LIVE FACE ON WEB, LLC, | : | CIVIL ACTION |
|         Plaintiff, | : | |
| | : | |
| vs. | : | NO. 11-2634 |
| | : | |
| LOLLI POP WEB PROMOTIOS.COM; | : | |
| IDSWEBSITES.COM, LLC; DON AMES; | : | |
| CORY L. MILLER and JOHN DOES 1 | : | |
| THROUGH 10, | : | |
|         Defendants. | : | |

## O R D E R

**AND NOW,** this 19th day of October, 2011, upon consideration of Defendant's Motion for Protective Order (Document No. 21, filed October 12, 2011), and Defendant's Motion to Compel (Document 22, filed October 12, 1011), it having been reported that the issues between the parties in the above action have been settled, **IT IS ORDERED** that Defendant's Motion for Protective Order (Document No. 21) and Defendant's Motion to Compel (Document 22) are **DENIED AS MOOT**.

                                                      **BY THE COURT:**

                                             /s/ Jan E. DuBois
                                                          JAN E. DUBOIS, J.